Ruby E. Ryan, Individually and as Administrator of the Estate of James E. Bailey, Deceased, Plaintiff-Appellant, v. C & D Motor Delivery Co., a Corporation, and Ralph T. McKenzie, Defendants-Appellees.

Gen. No. 10,376.

Third District.
October 22, 1962.
Rehearing denied December 11, 1962.

Philip C. Zimmerly, Appleman, Zimmerly & McKnelly, and A. J. B. Showalter (now deceased), of Champaign, for appellant; Busch, Harrington & Porter, of Champaign, Lemna & Lee, of Tuscola, for appellees. Opinion by JUDGE CARROLL. Not to be published in full.